# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **YERSTER FERNANDO ULLOA,** | Civil Action No. 25-17316 (SDW) |
| Petitioner, | |
| v. | **ORDER** |
| **PAMELA BONDI, et al.,** | |
| Respondents. | |

This matter comes before this Court on Petitioner Yerster Fernando Ulloa's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1), and Respondents' answer in opposition (ECF No. 4). For the reasons set forth in the accompanying Opinion filed herewith,

**IT IS** on this  3rd  day of  December , 2025

**ORDERED** that the Petition at ECF No. 1 is **GRANTED**; and it is further

**ORDERED** that Respondents shall treat Petitioner as detained under 8 U.S.C. § 1226(a) and provide him with an individualized bond hearing before an immigration judge at which Respondents bear the burden to justify Petitioner's detention by clear and convincing evidence; and it is further

**ORDERED** that Respondents shall file a letter on the docket within **7 days** of this Opinion and Order indicating whether the hearing has taken place. If a hearing has not been held, Respondent shall give a detailed explanation for same.

Hon. Susan D. Wigenton,
United States District Judge